FILED

01/24/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0741

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 24-0741

JAMES WILSON DEAN,

      Petitioner,

  v.

TOM GREEN, Warden,
Dawson County Correctional Facility,

      Respondent.

## GRANT OF EXTENSION

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including February 28, 2025, within which to prepare, file, and serve the State's response brief.

**TT**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 24 2025